■ In the Matter of NORSTAR BANK, N. A., Appellant, v ASSESSOR OF THE TOWN OF NEWBURGH et al., Respondents. [615 NYS2d 276] —Appeal by the petitioner from an order of the Supreme Court, Orange County (Palella, J.), dated January 5, 1993.

Ordered that the order is affirmed, with costs *(see, Matter of Grand Union Co. v Assessor of Town of Newburgh,* 206 AD2d 478 [decided herewith]). Thompson, J. P., Balletta, O'Brien and Florio, JJ., concur.